

RECEIVED
FEB 1 4 2024
TONY R MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 5:24-cr-00021-01 |
| VERSUS | Judge Foote |
| TIMOTHY M. LATHAM | Magistrate Judge Hornsby |

### INDICTMENT

THE GRAND JURY CHARGES:

**Count One**
Possession of Firearm by a Convicted Felon
[18 U.S.C. § 922(g)(1)]

On or about March 17, 2023, in the Western District of Louisiana, the defendant, **Timothy M. Latham**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in or affecting commerce, ammunition and a firearm, to wit: a Glock, model: 19Gen5, caliber: 9x19, all in violation of Title 18, United States Code, Section 922(g)(1).

**Count Two**
Unlawful Possession of a Machinegun
[18 U.S.C. § 922(o)]

On or about March 17, 2023, in the Western District of Louisiana, the defendant, **Timothy M. Latham**, did knowingly possess a machinegun as defined in Section 5845(b) of the National Firearms Act, to wit: a Glock, model: 19Gen5, caliber: 9x19, in which a conversion device was installed that caused the weapon to shoot automatically more than one shot, without manual reloading, with a single function

of the trigger, in violation of Title 18, United States Codes, Section 922(o).

## Forfeiture Notice

The allegations in Counts 1 and 2 are incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2(a). As a result of the firearm violations in this indictment, the defendant, **Timothy M. Latham**, shall forfeit to the United States the following:

1. a Glock, model: 19Gen5, caliber: 9x19;
2. an extended magazine;
3. ammunition;
4. and a conversion device, that is, a Glock "switch."

All in accordance with Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2(a).

A TRUE BILL:

**REDACTED**

GRAND JURY FOREPERSON

BRANDON B. BROWN
United States Attorney

Leon H. Whitten, La. Bar No. 36724
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600